**David Scot LYND, also known as David Lynd, Plaintiff–Appellant**

v.

**STATE FAIR OF TEXAS; City of Dallas, Defendants–Appellees.**

**No. 13–10027**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 25, 2013.

David Lynd, Mesquite, TX, pro se.

Scott Edmund Hayes, Esq., Vincent Lopez Serafino Jenevein, P.C., Robert Bryan Smith, Esq., Smith & Smith, Barbara Elaine Rosenberg, Esq., Christopher John Caso, Esq., Assistant City Attorney, City Attorney's Office, Dallas, TX, for Defendants–Appellees.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant David Scot Lynd, proceeding pro se, appeals the sua sponte order of the of the district court, dismissing Lynd's action for lack of jurisdiction. Our review of the record on appeal, including the briefs of the parties and the order of the district court, satisfies us that such order is correct in fact and in law, *viz,* there is no federal jurisdiction for any of Lynd's putative claims implicated in the

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

multiple state court actions. Accordingly, the rulings of the district court are, in all respects,

AFFIRMED.